

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC**.,
Appellant

v.

**DANBURY AEROSPACE, INC.**, et al,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File a Reply Brief is GRANTED. The appellant's reply is due on September 19, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court